# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2026-0141
_____

RUBY BAGGETT,

Appellant,

v.

THOMAS M. "MITCH" POTTER,
Allied Veterinary Emergency
Hospital, Owner and Registered
Agent, SHANELL TURNER, Allied
Veterinary Emergency Hospital,
Hospital Manager, CANOPY
CREMATION a/k/a ALLIED
CREMATION, THOMAS M. POTTER,
Registered Agent,

Appellees.

_____

On appeal from the Circuit Court for Leon County.
Angela Dempsey, Judge.

August 5, 2026

PER CURIAM.

AFFIRMED.

ROBERTS, NORDBY, and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Ruby Baggett, pro se, Appellant.

Mallory B. Brown of Thompson, Crawford, Brown & Smiley, Tallahassee, for Appellees Potter and Canopy Cremation.

Brandon T. Holmes and Jordan H. Bernstein of Dinsmore & Shohl LLP, Tampa, for Appellee Turner.